**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Germielenne Reyes,                                    No. C12-4164  JSC

          Plaintiff(s),

          v.                                   **ORDER OF DISMISSAL**

Bank of America,

          Defendant(s).

_____/

     The Court  having been advised that the parties have agreed to a settlement of this case,

     IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice; provided, however, that if any party hereto shall certify to this Court, within  thirty (30) days, with proof of service of a copy thereon to opposing counsel, that the agreed consideration for said settlement has not been delivered over,  the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

     IT IS SO ORDERED.

Dated: October 4, 2012

                              _____
                              Jacqueline Scott Corley
                              United States Magistrate Judge